```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    25cr484(DLC)
            -v-                       :
                                      :         ORDER
TOMMY BROWN,                          :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the arraignment and initial conference scheduled for October 22 is adjourned to **October 23, 2025 at 3:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007. Please refer to the Order dated October 17 for all other information regarding the conference.

Dated:   New York, New York
         October 22, 2025

                              _____
                                     DENISE COTE
                              United States District Judge