UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                v.<br>MALIEK LUGG,<br>    a/k/a "Scarface,"<br>    a/k/a "Scar,"<br>JOHN LIVIGNI,<br>    a/k/a "Johnny,"<br>CURTIS MILLER,<br>    a/k/a "Butter,"<br>    a/k/a "Birdie,"<br>    a/k/a "Light,"<br>TOMMY BROWN, JR.,<br>    a/k/a "Ayo,"<br>    a/k/a "Bizzy,"<br>CHRISTIAN CORTEZ,<br>    a/k/a "Bhris,"<br>JARED COVINGTON,<br>    a/k/a "KG,"<br>NAZZIR WASHINGTON,<br>    a/k/a, "Nazzi,"<br>VITO HASKINS,<br>    a/k/a "Youngin,"<br>FELIX CUEVAS,<br>    a/k/a "Cuzzo,"<br>MANNY PINA,<br>ANDRE BETHEA,<br>    a/k/a "Black,"<br>SEAN THOM,<br>    a/k/a "Bobby,"<br>BISHARA STROTHER,<br>    a/k/a "Wawa,"<br>ROBERT JOHNSON,<br>    a/k/a "Black Rob,"<br>HENRY RODRIGUEZ,<br>    a/k/a "Hollywood,"<br>PETER RODRIGUEZ,<br>    a/k/a "Heavy,"<br>DANIEL NEGRON,<br>    a/k/a "Bolo,"<br>BRANDI FELCI, and<br>BLAKE JAKE TANNENBAUM,<br><br>                        Defendants. | **UNSEALING ORDER**<br><br>(S1) 25 Cr. 484 (DLC) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorneys Adam Margulies, Remy Grosbard, and Lauren Phillips;

It is found that Superseding Indictment S1 25 Cr. 484 (DLC) (the "Superseding Indictment") in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and;

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
        October 30, 2025

_____
HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK