```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :        S1 25cr484(DLC)
            -v-                       :
                                      :        ORDER
TOMMY BROWN, et al.,                  :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an initial conference will be held on **November 5, 2025 at 2:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007. At that conference, a trial date will be chosen. After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendant, the Court will consult the parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions and the exchange of expert statements will be set, and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference and be prepared to address whether the May 4, 2026 trial date already scheduled in 25cr484 should be the trial date in S1 25cr484, or whether a new trial date should be set.

SO ORDERED:

Dated: New York, New York
October 31, 2025

_____
DENISE COTE
United States District Judge