```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
          -v-                             :
                                          :
MALIEK LUGG,                              :
JOHNLMGNI,                                :
CURTIS MILLER,                            :      25cr484(DLC)
TOMMY BROWN, JR.,                         :
CHRISTIAN CORTEZ,                         :      DISCOVERY
JARED COVINGTON,                          :      COORDINATOR ORDER
NAZZIR WASHINGTON,                        :
VITO HASKINS,                             :
FELIX CUEVAS,                             :
MANNYPINA,                                :
ANDRE BETHEA,                             :
SEAN THOM,                                :
BISHARA STROLHER,                         :
ROBERT JOHNSON,                           :
HENRY RODRIGUEZ,                          :
PETER RODRIGUEZ,                          :
DANIEL NEGRON,                            :
BRANDI FELCI, and                         :
BLAKE JAKE TANNENBAUM,                    :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that Julie de Almeida is appointed the Discovery Coordinator ("Coordinator") to assist counsel for defendants in this action ("Counsel"). The Coordinator shall assist Counsel with respect to those discovery materials, typically in electronic form, common to all of the defendants that are produced by the Government to every defendant in the action ("Discovery").

IT IS FURTHER ORDERED that the Coordinator's responsibilities shall include:

1) Unless alternative provisions have been made by the Government or by Counsel, receiving Discovery from the Government and working with the Government to ensure the timely and complete receipt of Discovery.

2) Evaluating Discovery, with the input of Counsel as appropriate, to determine what types of technology will result in the most efficient and cost-effective storage of Discovery and review of Discovery by Counsel.

3) Distributing Discovery to Counsel promptly after its receipt from the Government.

4) Facilitating the provision of third-party assistance to Counsel in the organization and review of Discovery, including assessing the needs of Counsel and identifying, evaluating, and engaging third-party vendors or other litigation support services to assist Counsel in matters including but not limited to copying, scanning, forensic imaging, data processing, data hosting, and trial presentation of the Discovery.

5) Training Counsel in the use of the technology that will assist in Counsel's organization and review of the Discovery.

IT IS FURTHER ORDERED that, when necessary, the Coordinator shall petition this Court, ex parte, for funds for outside vendor services and shall monitor all vendor invoices for these services. All petitions for outside services shall include a basis for the requested funds and a determination that the costs of the services are reasonable. The Coordinator shall also review all vendor invoices to ensure that invoiced costs are for work previously agreed to be performed. The Coordinator's time

and the time spent by the Coordinator's staff will be paid by the Administrative Office of the U.S. Courts, Defender Services Office.

IT IS FURTHER ORDERED that the Coordinator's duties do not include providing legal representation to a defendant and do not establish an attorney-client relationship with any defendant. Accordingly, discovery issues specific to any individual defendant shall be addressed by individual defense counsel directly with the Government.

Dated:   New York, New York
         November 12, 2025

                                     _____
                                             DENISE COTE
                                     United States District Judge

3