

THE BAYONNE FIRM

April 26, 2026

***Via ECF***
Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Felix Cuevas*, 25 Cr. 484 (DLC)
       Application for Authorization to Submit Interim CJA Vouchers

Dear Judge Cote,

We represent Mr. Felix Cuevas pursuant to appointment under the Criminal Justice Act, 18 U.S.C. § 3006A, in the above-captioned matter. We write to respectfully request authorization to submit interim CJA vouchers in connection with our ongoing representation of Mr. Cuevas.

The Government's discovery productions in this case are substantial, consisting of several terabytes of materials produced through a coordinating discovery attorney. The review, analysis, and organization of this discovery has required, and will continue to require, a significant expenditure of time and resources.

As assigned counsel operating boutique practices, interim compensation is necessary to ensure that we can devote the requisite time to the demands of this matter without undue financial hardship.

Accordingly, we respectfully request that the Court authorize interim compensation pursuant to the CJA Guidelines.

Thank you for the Court's consideration of this application.

Respectfully submitted,

/s/ Gilbert S. Bayonne              /s/ Philip H. Pierre
Gilbert S. Bayonne, Esq.           Philip H. Pierre, Esq.

Granted.
Denise Cote
4/30/26

---

1850 Amsterdam Ave          Tel: (929) 333-6497          Email: gbayonne@thebayonnnefirm.com
New York, New York 10031    Fax: (929) 259-6458