UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :     S1 25cr484(DLC)
              -v-                     :
                                     :     ORDER
TOMMY BROWN, et al.,                 :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

Trial in this action is set to begin on September 14, 2026, for all defendants arraigned before April 22, 2026. Having been informed that at least some defendants wish to adjourn the date by which defendants must file any motion, it is hereby

ORDERED that defense motions, which are currently due by May 8, shall be filed no later than June 18, 2026, with the Government's response due July 2.

IT IS FURTHER ORDERED that any defendant wishing to make a motion in advance of June 18 may do so.

IT IS FURTHER ORDERED that the Government shall advise the defendants no later than August 14, 2026, which defendants it wishes to try at the September 14 trial.  Should any of those defendants wish to file a severance motion, that motion must be filed by August 21.  The Government's response shall be due August 26.  In the event a severance motion is made, a

conference to address the motion/s shall be held on Friday, August 28 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          May 1, 2026

                                   _____
                                            DENISE COTE
                                   United States District Judge