UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>-v-<br>TOMMY BROWN, et al.,<br>Defendants. | S1 25cr484(DLC)<br>ORDER |

DENISE COTE, District Judge:

Trial in this case is scheduled to begin on September 14, 2026 at 9:30 AM. Following that day, trial will be held Monday through Thursday from 9:00 AM to 5:00 PM and on Friday from 9:00 AM to 12:45 PM. Testimony will begin at 9:30 AM each morning. As previously ordered, the Government shall notify the Court and the parties by **August 14** of who it intends to bring to trial on September 14. The Courtroom can accommodate a trial of up to six defendants. Motions to sever remain due by **August 21**, with responses due **August 26**. It is hereby

ORDERED that Trial Memoranda, Rule 404(b) motions and motions in limine shall be filed by **August 14, 2026**; opposition to any motions shall be filed by **August 21, 2026**. Two courtesy copies shall be delivered to the Courthouse on the day of filing.

IT IS FURTHER ORDERED that any written Voir Dire requests or Requests to Charge shall be filed by **August 21, 2026**. Two

courtesy copies shall be delivered by counsel to the Courthouse on the day of filing.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **August 28, 2026** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated: New York, New York
July 9, 2026

DENISE COTE
United States District Judge