UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TOMMY BROWN, et al.,

Defendants.

25cr484 (DLC)

ORDER

DENISE COTE, District Judge:

Trial of up to six defendants is scheduled to begin on September 14, 2026 and may last as long as four weeks. The Court having arranged for a panel of jurors to appear on Wednesday, September 9, 2026, it is hereby

ORDERED that the parties shall confer and by **July 24, 2026** provide any requests, objections or comments on the attached draft questionnaire for this panel, which is addressed solely to the issue of the length of the trial.

IT IS FURTHER ORDERED that the Government and counsel for the defendants shall discuss a procedure (1) for their review of these questionnaires on **September 10** to reach agreement, where possible, as to which members of the venire should be excused

because jury service would impose an undue hardship on them; and (2) for their presentation to the Court by **September 11** at **noon** of their joint requests to excuse jurors and their separate requests to excuse where agreement could not be reached.

Dated: New York, New York
July 15, 2026

DENISE COTE
United States District Judge

Juror Questionnaire Juror #: ___________

You are being considered for jury service in a criminal case. The trial will begin on September 14 and is expected to last approximately 4 weeks. We expect that it will end no later than October 9. The jury will sit from 9:30 a.m. to 5:00 p.m. on Monday through Thursday, and from 9:30 a.m. to 12:45 p.m. on Fridays. It will not sit on Yom Kippur, which is Monday, September 21. Once deliberations begin, the jury will sit every day until 5:00 p.m. You will be able to go home every day after court.

The Court and the parties recognize that jury service of this length is an inconvenience. On the other hand, people who have served on a jury typically report that they found it to be a very rewarding experience. Service on a jury is essential to the administration of justice in this country and one of the highest duties a citizen owes to the United States.

If service on a trial of this length will impose a **truly unusual hardship** for you, the Court may excuse you from service. If that is your situation, please answer the questions that follow and enter your juror number at the bottom of the form. You are sworn to give a true and complete answer to these questions. If that is not your situation, enter your juror number at the bottom of the form, return this form to the jury clerk, and leave the rest of the form blank. Everyone should return this questionnaire to the jury clerk.

1. Although I recognize the importance of jury service, I believe that in my case service that might last until October 9 would impose a **truly unusual hardship** because:

2. If your hardship involves already scheduled and fixed travel plans taking you out of the New York City area, please indicate the dates and purpose of your planned trip:

3. If the hardship is financial, please describe the nature of the hardship. Please recall that you will be paid $50 per day for the first 10 days of trial, and $60 per day thereafter.

4. If the hardship involves responsibility for the care of minor children, aging relatives or someone who is disabled, please identify the person for whom you are caring, their age, and the nature of any disability.

Signed by entering juror #:__________