

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

July 24, 2026

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

>    Re:    *United States v. Lugg et al.*, (S1) 25 Cr. 484 (DLC)

Dear Judge Cote:

The Government respectfully writes on behalf of the parties in response to the Court's July 15, 2026 Order attaching a proposed juror questionnaire regarding juror availability (the "Draft Questionnaire"). In accordance with the Court's order, the Government has conferred with the parties regarding any requests, objections, or comments to the Draft Questionnaire.

Defendant Henry Rodriguez has no objection to the Draft Questionnaire as written, but respectfully requests that the Court add questions relating to certain specific forms of hardship, along the lines below. The Government believes these questions are not necessary at this stage.

1.  If the hardship involves a medical condition, disability, mental-health condition, medical treatment schedule, medication issue, or physical limitation that would make service through October 9 unusually difficult, please describe the nature of the hardship without disclosing more private medical information than necessary.

2.  If your hardship is employment-related, please state whether your employer will continue to pay your salary or wages during jury service, whether you have paid leave available, and whether your absence for this period would threaten your employment or business.

3.  If you are self-employed, own a small business, or are the only person available to perform essential work responsibilities, please explain why service through October 9 would impose a truly unusual hardship.

4.  Apart from Yom Kippur, do you have any religious observance or obligation during the trial period that would prevent or substantially interfere with your service? If so, please identify the date(s) and nature of the conflict.

July 24, 2026
Page 2

5.  If the hardship involves transportation, mobility, commuting limitations, or inability to travel to and from the courthouse on the trial schedule, please explain.

6.  Would the daily schedule during deliberations, when the jury may sit every day until 5:00 p.m., create any unusual hardship different from the regular trial schedule? If so, please explain.

No other party has proposed any changes to the Draft Questionnaire.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  */s/ Adam Z. Margulies*
Remy K. Grosbard
Adam Z. Margulies
Lauren E. Phillips
Frank J. Balsamello
Assistant United States Attorneys
(212) 637-2446/-2345/-2231/-2325

cc: All Counsel of Record (by ECF)